Richard A. Hall (SBN 135483)
**BOTTOMLINE LAWYERS**
985 Lincoln Way, Suite 206
Auburn, CA 95603
Telephone: (530) 888-7100
Facsimile: (866) 305-1238

Attorneys for Debtors,
Richard John Tippett and Clarissa Ellen Steffen

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Richard John Tippett<br>and Clarissa Ellen Steffen,<br><br>Debtors. | Case No: 2011-32452<br><br>DC NO.: RAH-001<br><br>**DEBTORS' MOTION FOR ORDER FOR ABANDONMENT**<br><br>DATE: July 11, 2011<br>TIME: 10:00 am<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 28<br>501 I Street, 7th Floor<br>Sacramento, CA<br>JUDGE: Michael McManus |

Debtors, Richard John Tippett and Clarissa Ellen Steffen, through their attorneys of record, Richard A. Hall, of BottomLine Lawyers, hereby move this Court for an order for abandonment of the bankruptcy estate's interest in Richard John Tippett and Clarissa Ellen Steffen in Ms. Steffen's psychotherapy practice.

This motion is based on the facts which follow. The debtors filed a Chapter 7 petition in bankruptcy on May 18, 2011. Among the assets are debtors' business, the psychotherapy practice of Dr. Clare E. Steffen; and they also scheduled an interest in

the equipment used in the business on Schedule B, Lines 13, 16, 23 and 28. The debtors have no equity in the business, and valued the equipment at an amount which is exempted on Schedule C.

The trustee has not indicated that Richard John Tippett and Clarissa Ellen Steffen dba Dr. Clare E. Steffen are a target of any liquidation efforts on the part of the Bankruptcy Estate. The trustee has not challenged the debtors' assertion of value or debts regarding Richard John Tippett and Clarissa Ellen Steffen dba Dr. Clare E. Steffen.

I hereby certify that I have read the foregoing motion for order for abandonment of the bankruptcy estate's interest in Richard John Tippett and Clarissa Ellen Steffen dba Dr. Clare E. Steffen and further certify that the contents therein are true and correct to the best of my knowledge and belief. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of June 2011, at Auburn, California.

/s/ RICHARD A. HALL
RICHARD A. HALL

**MEMORANDUM OF POINTS AND AUTHORITIES**

**ARGUMENT**

**BOTH RICHARD JOHN TIPPETT AND CLARISSA ELLEN STEFFEN DBA DR. CLARE E. STEFFEN ARE OF INCONSEQUENTIAL VALUE TO THE BANKRUPTCY ESTATE.**

Property may be abandoned from the bankruptcy estate in one of three ways: upon notice by the case trustee, 11 U.S.C. § 554(a), upon motion by a party in interest and order, 11 U.S.C. § 554(b), or upon closing. 11 U.S.C. § 554(c). Property may be

abandoned only if it is (1) burdensome to the bankruptcy estate or (2) of inconsequential value to the bankruptcy estate. 11 U.S.C. § 554(a).

The debtors assert that the psychotherapy practice of Clarissa Ellen Steffen dba Dr. Clare E. Steffen is of inconsequential value to the bankruptcy estate, as is evidenced by the chapter 7 bankruptcy filing. See "Declarations of Richard John Tippett and Clarissa Ellen Steffen" filed herewith and motion Exhibit 1, titled "Schedule B-Personal Property," and motion Exhibit 2, titled Schedule C-Property Exemption. Because the property is of inconsequential value to the bankruptcy estate, therefore, the property may be abandoned from the bankruptcy estate.

Additionally, the Court need not consider speculative factors when determining whether abandonment is appropriate under Section 554(b) of the Bankruptcy Code. <u>Vu v. Kendall</u> (In re Vu), 245 B.R. 644, 649 (B.A.P. 9th Cir. 2000). The Bankruptcy Court cannot be expected to deny the debtors' request for abandonment on the basis of a speculative scenario which may or may not occur in the future. <u>Vu v. Kendall</u> (<u>In re Vu</u>), 245 B.R. 644, 649 (B.A.P. 9th Cir. 2000).

## CONCLUSION

Based on the facts and authorities stated above, the debtors respectfully request this Court enter an order for abandonment of the bankruptcy estate's interest in the psychotherapy practice of Clarissa Ellen Steffen dba Dr. Clare E. Steffen.

DATED: June 1, 2011.

                                  **BOTTOMLINE LAWYERS**

                    By:   /s/ Richard A. Hall
                         RICHARD A. HALL, Attorneys for Debtors
                         Richard John Tippett and
                         Clarissa Ellen Steffen